# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MARK ANTHONY HALEY,** | § |
| *Petitioner*, | § |
| v. | § |
| **EL PASO FIELD OFFICE FOR THE U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA; AND WARDEN OF EL PASO SERVICE PROCESSING CENTER,** | § No. 3:25-CV-00190-LS |
| *Respondents*. | § |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 12, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**